

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 21, 2015

Daniel Lee Ainsworth
Inmate #149534
Potter County Detention Center
13100 NE 29th
Amarillo, TX 79111

Scott Brumley
Potter County Attorney's Office
500 S Fillmore St., Room 301
Amarillo, TX 79101-2437
* DELIVERED VIA E-MAIL *

John Terry
Attorney at Law
301 S. Polk, Suite 630
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**    Case Numbers:  07-15-00091-CR, 07-15-00106-CR, 07-15-00107-CR
Trial Court Case Numbers: 141066, 141094, 141118

**Style:** Ex parte Daniel Lee Ainsworth

Dear Mr. Ainsworth and Counsel:

The following was filed Thursday, May 21, 2015, in the captioned appeals:

Reporter's Record (1 volume)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable W. F. (Corky) Roberts (DELIVERED VIA E-MAIL)
Dedra Morgan (DELIVERED VIA E-MAIL)
Julie Smith (DELIVERED VIA E-MAIL)